1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  HENRY CARTWRIGHT,                    1:10-cv-00684 OMW MJS (HC)

12        Petitioner,                    ORDER GRANTING MOTION
                                         TO PROCEED IN FORMA PAUPERIS
13     vs.
                                         (DOCUMENT # 2)
14  DONNY YOUNGBLOOD,

15        Respondent.
                                    /
16

17     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.

19     Petitioner has filed a motion to proceed in forma pauperis and a copy of petitioner's prison

20  trust account statement.  Examination of these documents reveals that petitioner is unable to afford

21  the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See

22  28 U.S.C. § 1915.

23

24  IT IS SO ORDERED.

25  **Dated:   April 27, 2010**              /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE
26
27
28